# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
DIV.

2009 JUN 29 AM 11:41

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Antwan Milton terry | ) | Case No: CR406-00332-001 |
| | ) | USM No: 12922-021 |
| Date of Previous Judgment: June 7, 2007 | ) | Jeffrey L. Arnold |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __130__ months is reduced to __120 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __31__         Amended Offense Level: __29__
Criminal History Category: __I__       Criminal History Category: __I__
Previous Guideline Range: __120__ to __135__ months    Amended Guideline Range: ____ to __120__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
In accordance with the required review of the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court has imposed a sentence 120 months. The Court notes 120 months is the statutorily-required minimum sentence in this case.

Except as provided above, all provisions of the judgment dated __June 7, 2007,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6-29-09

Judge's signature

B. Avant Edenfield
Effective Date: _____
United States District Judge
For the Southern District of Georgia
(if different from order date)         Printed name and title