IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA     *
                             *
v.                           *     CR 406-332
                             *
ANTWAN MILTON TERRY          *
```

ORDER

Before the Court in the captioned case is Defendant Antwan Milton Terry's request to terminate his term of supervised release.[1] On April 3, 2007, Terry pled guilty to one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1). On June 7, 2007, Terry was sentenced to 130 months imprisonment and five years of supervised release. The term of imprisonment was later reduced to 120 months pursuant to 18 U.S.C. § 3582(c)(2).

Terry was released from the Bureau of Prisons on September 11, 2015, and commenced supervision in this district. Terry has completed 31 months of supervision with no issues of noncompliance. He has maintained employment and a stable residence during the period of supervision. He has reported to the United States Probation Office as directed and

---

[1] The Government has filed no opposition or response.

tested negative on all drug tests administered. In light of Terry's favorable adjustment to supervision and given his criminal history category is I, Terry's supervising probation officer does not oppose early termination.

Upon the foregoing and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Terry's motion (doc. 68) is **GRANTED**. Antwan Milton Terry is hereby discharged from his term of supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Ms. Erica C. Campbell of the United States Probation Office in Savannah, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA